**KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
John E. Jureller, Jr.

**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, NY 10019
Tel. (212) 333-0271
Joseph A. Matteo

*Counsel to Richard Keiser*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                     :
                                          :     Chapter 11
LEVEL SOLAR, INC.,                        :
                                          :     Case No. 17-13469 (MKV)
                           Debtor.        :
---------------------------------------------------------x

### DECLARATION OF JOHN E. JURELER, JR. IN SUPPORT OF MOTION TO CONVERT CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

John E. Jureller, Jr. hereby declares, pursuant to 27 U.S.C. § 1746, that the following is true:

1. I am an attorney licensed to practice in the State of New York. I am an attorney with the firm of Klestadt Winters Jureller Southard & Stevens, LLP, counsel for Movant Richard Keiser ("Mr. Keiser") in the above captioned matter.

2. I submit this Declaration in Support of Mr. Keiser's Motion To Convert Chapter 11 Case To A Case Under Chapter 7 Of The Bankruptcy Code (the "Motion").

3. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the Debtor's 341 Hearing, dated February 2, 2018.

1

Dated: New York, New York
February 28, 2018

                         KLESTADT WINTERS JURELLER
                         SOUTHARD & STEVENS, LLP

*By:* *John E. Jureller. Jr.*
John E. Jureller, Jr.
200 West 41st Street, 17th Floor
New York, NY 10036
Tel.: (212) 972-3000
jjureller@klestadt.com

**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, NY 10019
Tel.: (212) 333-0271
Joseph A. Matteo
jmatteo@kaplanrice.com

*Counsel to Richard Keiser*