UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEVEL SOLAR, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-13469 (MKV) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Benjamin Mintz and Eric Whitney of Arnold & Porter Kaye Scholer LLP hereby appears in the case as counsel for creditor U.S. Education Finance Group IV, LLC ("USEFG") and equity holder Henry B. Howard ("Howard"); such counsel hereby enters their appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, *inter alia*, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given to and served upon:

>Benjamin Mintz
>Eric Whitney
>ARNOLD & PORTER  KAYE SCHOLER LLP
>250 West 55th Street
>New York, NY 10019
>(212) 836-8000
>benjamin.mintz@arnoldporter.com
>eric.whitney@arnoldporter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion , petition, plan of reorganization, disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the above-referenced case and any adversary proceedings or contested matters therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of USEFG or Howard's rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate

Dated: New York, New York
April 5, 2018

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Benjamin Mintz
Benjamin Mintz
Eric Whitney
250 West 55th Street
New York, NY 10019
(212) 836-8000
benjamin.mintz@arnoldporter.com
eric.whitney@arnoldporter.com

*Attorneys for U.S. Education Finance Group IV, LLC and Henry B. Howard*

US:162357176v1