UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| LEVEL SOLAR INC. | § § § | Case No. 17-13469 (RG) |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 12/04/2017. The undersigned trustee was appointed on 10/05/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   1,403,928.45

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 289,417.65 |
| Bank service fees | 72.37 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 1,114,438.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/11/2018 and the deadline for filing governmental claims was 06/11/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $65,367.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $65,367.85, for a total compensation of $65,367.85$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/23/2020      By: /s/RONALD J. FRIEDMAN, ESQ. - TRUSTEE
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-13469 | Judge: | RG | Trustee Name: | RONALD J. FRIEDMAN, ESQ. - TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LEVEL SOLAR INC. | | Robert E. Grossman | Date Filed (f) or Converted (c): | 12/04/2017 (f) |
| | | | | 341(a) Meeting Date: | |
| For Period Ending: | 09/23/2020 | | | Claims Bar Date: | 06/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTOR'S PEOPLE'S UNITED BANK DIP BANK ACCOUNT ENDING 9524 (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. DEBTOR'S CITIBANK DIP BANK ACCOUNT ENDING 4289 (u) | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 3. AGED ACCOUNTS RECEIVABLE | 31,298,792.00 | 31,298,792.00 | | 821.08 | 31,297,970.92 |
| 4. D&O POLICY PREMIUMS - DOMENICK & ASSOCIATES, INC. | 0.00 | 1,772.39 | | 1,772.39 | 0.00 |
| 5. 1967 VW CAMPER VIN ENDING 0909 | 15,000.00 | 19,000.00 | | 19,000.00 | FA |
| 6. 1972 VW VANAGON - VIN ENDING 2338 | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 7. 2013 ISUZU TRUCK -VIN ENDING 1621 | 10,000.00 | 10,000.00 | | 15,490.00 | FA |
| 8. 2013 GMC VAN - VIN ENDING 2576 | 15,000.00 | 15,000.00 | | 9,660.00 | FA |
| 9. 2014 CHEVROLET VAN - VIN ENDING 5670 | 15,000.00 | 15,000.00 | | 15,490.00 | FA |
| 10. 1974 VW VAN- VIN ENDING 6258 | 15,000.00 | 15,000.00 | | 10,490.00 | FA |
| 11. CITIBANK CHECKING ACCOUNT ENDING 4270 | 714,863.65 | 714,863.65 | | 0.00 | 714,863.65 |
| 12. CITIBANK CERTIFICATE OF DEPOSIT ACCOUNT ENDING 4207 | 10,040.89 | 0.00 | | 0.00 | 0.00 |
| 13. SECURITY DEPOSITS WITH VARIOUS LANDLORDS | Unknown | 0.00 | | 0.00 | 0.00 |
| 14. SOFTWARE LICENSES | Unknown | 0.00 | | 0.00 | 0.00 |
| 15. STOCK AND INTEREST IN LEVEL SOLAR MASTER HOLDINGS I, LLC (100%) | 6,018,023.36 | 6,018,023.36 | | 0.00 | 6,018,023.36 |
| 16. STOCK AND INTEREST IN LEVEL SOLAR FUND II LLC (100%) | 5,183,780.00 | 5,183,780.00 | | 0.00 | 5,183,780.00 |
| 17. SOLAR PANELS AND RELATED MATERIALS | Unknown | 0.00 | | 0.00 | 0.00 |
| 18. OFFICE FURNITURE AND COMPUTER EQUIPMENT | Unknown | 0.00 | | 0.00 | 0.00 |
| 19. TRADEMARKS FOR LEVEL SOLAR AND LEVEL SOLAR ENERGY | Unknown | 0.00 | | 0.00 | 0.00 |
| 20. INTERNET DOMAIN NAMES/WEBSITES: WWW.LEVELSOLAR.COM | Unknown | 0.00 | | 0.00 | 0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-13469 | Judge: | Robert E. Grossman | Trustee Name: | RONALD J. FRIEDMAN, ESQ. - TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LEVEL SOLAR INC. | | RG | Date Filed (f) or Converted (c): | 12/04/2017 (f) |
| | | | | 341(a) Meeting Date: | |
| For Period Ending: | 09/23/2020 | | | Claims Bar Date: | 06/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. CUSTOMER LIST - SALES DATA | Unknown | 0.00 | | | 0.00 |
| 22. CLAIMS FOR MISAPPROPRIATION OR WASTE/MISMANAGEMENT V. RICHARD KEISER AND OTHERS | 35,000,000.00 | 35,000,000.00 | | | 35,000,000.00 |
| 23. FUNDS TO PURCHASE DEBTOR'S CAUSES OF ACTION AND FUND PLAN (u) | 0.00 | 500,000.00 | | | 500,000.00 |
| 24. Settlement of Trustee's claims V. ELECTRICAL INSPECTORS, INC. - ADV. PRO. 19-01439-RG | 0.00 | 4,290.00 | | | 4,290.00 |
| 25. Settlement of Trustee's claims against QUICK MOUNT PV | 0.00 | 20,000.00 | | | 20,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | | Unknown |

TOTALS (Excluding Unknown Values)     $78,310,499.90     $78,831,521.40     $87,723.47     $78,739,927.93

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #   5   --   VEHICLE WAS ON CONSIGNMENT TO HOLLYWOOD MOTORS AND SOLD ON 4/3/18 PRIOR TO TRUSTEE'S APPOINTMENT
RE PROP #   6   --   VEHICLE WAS ON CONSIGNMENT TO HOLLYWOOD MOTORS AND SOLD ON 3/28/18 PRIOR TO TRUSTEE'S APPOINTMENT
RE PROP #   11   --   ACCOUNT CLOSED PRIOR TO TRUSTEE'S APPOINTMENT
RE PROP #   12   --   ACCOUNT CLOSED PRIOR TO TRUSTEE'S APPOINTMENT

Initial Projected Date of Final Report (TFR):     Current Projected Date of Final Report (TFR):

Trustee Signature:    /s/ RONALD J. FRIEDMAN, ESQ. - TRUSTEE    Date: 09/23/2020

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-13469
Case Name: LEVEL SOLAR INC.
Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0039
Main Estate Bank Account

Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 05/15/20 | | Transfer from Acct # xxxxxx6676 | Transfer of Funds | 9999-00 | $492,316.06 | | $492,316.06 |
| 06/23/20 | | Transfer from Acct # xxxxxx0047 | Transfer of Funds - Long Island Industrial Management LLC settlement | 9999-00 | $3,500.00 | | $495,816.06 |
| 06/23/20 | | Transfer from Acct # xxxxxx0047 | Transfer of Funds - Maypole Environmental Inspections settlement proceeds | 9999-00 | $3,000.00 | | $498,816.06 |
| 06/23/20 | | Transfer from Acct # xxxxxx0047 | Transfer of Funds - Quick Mount PV settlement proceeds | 9999-00 | $20,000.00 | | $518,816.06 |
| 06/23/20 | | Transfer from Acct # xxxxxx0047 | Transfer of Funds - Electrical Inspectors, Inc. settlmeent proceeds | 9999-00 | $4,290.00 | | $523,106.06 |
| 06/26/20 | | Estate of LEVEL SOLAR INC., 17-13469 | TURNOVER OF PEOPLES DIP BANK ACCOUNT BALANCE | 9999-000 | $330,410.24 | | $853,516.30 |
| 07/09/20 | | Transfer from Acct # xxxxxx6676 | Transfer of Funds | 9999-00 | $252.00 | | $853,768.30 |
| 07/16/20 | 2001 | ARTHUR B. LEVINE CO. INC. 370 LEXINGTON AVENUE SUITE 1101 NEW YORK, NY 10017 | Replacement check for Trustee;s Bond Premium - Bond No. SNN4009283 Old check became stale dated. | 2300-000 | | $252.00 | $853,516.30 |
| 08/25/20 | | Estate of LEVEL SOLAR INC., 17-13469 | TURNOVER OF PEOPLES DIP ACCOUNT FROM SREC DEPOSITS | 9999-000 | $37,394.41 | | $890,910.71 |
| 08/25/20 | 2002 | OMNI MANAGEMENT GROUP 5955 DESOTO AVENUE, SUITE 100 WOODLAND HILLS, CA 91367 | PAYMENT DUE ON INV. NO. 8653 FOR PLAN AND DISCLOSURE SOLICITATION | 6950-000 | | $11,284.04 | $879,626.67 |
| 08/31/20 | | WIRE TRANSFER TO CITADEL SPV SPECIAL SOLAR | Payment of ADMINISTRATIVE CLAIM PER PLAN CONFIMRMATION ORDER | 6910-000 | | $29,000.00 | $850,626.67 |
| 08/31/20 | | WIRE TRANSFER TO RAISNER ROUPINIAN LLP | PAYMENT DUE TO WARN ACT CLAIMANTS | 6700-000 | | $400,000.00 | $450,626.67 |
| | | | | Page Subtotals: | $891,162.71 | $440,536.04 | |

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 17-13469  
Case Name: LEVEL SOLAR INC.  

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0039  
Main Estate Bank Account  

Taxpayer ID No: XX-XXX0893  
For Period Ending: 09/23/2020  

Blanket Bond (per case limit):  
Separate Bond (if applicable): $800,000.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/20 | | WIRE TRANSFER FROM NOVOGRADAC AND COMPANY LLP | PAYMENT DUE IN ACCORDANCE WITH CONFIRMED PLAN | 1249-000 | $35,000.00 | | $485,626.67 |
| 09/01/20 | 2003 | LONG ISLAND INDUSTRIAL MANAGEMENT LLC c/o David Hercman Milvado Property Group 575 Underhill Blvd. Suite 200 Syosset, NY 11791 | PAYMENT DUE ON ALLOWED ADMINISTRATIVE CLAIM PER ORDER DATED 4/17/18 | 6920-000 | | $16,722.24 | $468,904.43 |
| 09/03/20 | | WIRE TRANSFER FROM RAISNER ROUPINIAN LLP | RETURN OF FUNDS TO DISBURSE TO WARN ACT CLAIMANTS | 6700-000 | | ($266,334.00) | $735,238.43 |
| 09/04/20 | | WIRE TRANSFER FROM US BANK O/B/O CITADEL SPV LLC | PAYMENT DUE UNDER CONFIRMED PLAN TO DEBTOR'S ESTATE | 1149-000 | $375,000.00 | | $1,110,238.43 |
| 09/08/20 | | KENNETH A FLORE OR FRANCES GARGANO FLORE | ACCOUNTS RECEIVABLE | 1121-000 | $4,200.00 | | $1,114,438.43 |
| 09/16/20 | | Transfer to Acct # xxxxxx0062 | Transfer of Funds | 9999-00 | | $848,104.43 | $266,334.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,305,362.71 | $1,039,028.71 |
| Less: Bank Transfers/CD's | $891,162.71 | $848,104.43 |
| Subtotal | $414,200.00 | $190,924.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $414,200.00 | $190,924.28 |

Page Subtotals: $414,200.00    $598,492.67

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-13469
Case Name: LEVEL SOLAR INC.
Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0047
Earnest Monies Account
Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 05/15/20 | | Transfer from Acct # xxxxxx6680 | Transfer of Funds | 9999-00 | $530,790.00 | | $530,790.00 |
| 06/23/20 | | Transfer to Acct # xxxxxx0039 | Transfer of Funds - Long Island Industrial Management LLC settlement | 9999-00 | | $3,500.00 | $527,290.00 |
| 06/23/20 | | Transfer to Acct # xxxxxx0039 | Transfer of Funds - Maypole Environmental Inspections settlement proceeds | 9999-00 | | $3,000.00 | $524,290.00 |
| 06/23/20 | | Transfer to Acct # xxxxxx0039 | Transfer of Funds - Quick Mount PV settlement proceeds | 9999-00 | | $20,000.00 | $504,290.00 |
| 06/23/20 | | Transfer to Acct # xxxxxx0039 | Transfer of Funds - Electrical Inspectors, Inc. settlmeent proceeds | 9999-00 | | $4,290.00 | $500,000.00 |
| 09/09/20 | | WIRE TRANSFER TO QED LLC | RETURN OF FUNDS HELD IN ESCROW | 8500-002 | | $250,000.00 | $250,000.00 |
| 09/09/20 | | WIRE TRANSFER TO LISA V. PELL O/B/O RICHARD C. PELL | RETURN OF FUNDS HELD IN ESCROW | 8500-002 | | $250,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $530,790.00 | $530,790.00 |
| Less: Bank Transfers/CD's | | $530,790.00 | $30,790.00 |
| Subtotal | | $0.00 | $500,000.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $500,000.00 |

Page Subtotals: $530,790.00 $530,790.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-13469
Case Name: LEVEL SOLAR INC.
Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0062
POST CONFIRMATION CREDITOR TRUST

Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 09/16/20 | | Transfer from Acct # xxxxxx0039 | Transfer of Funds | 9999-00 | $848,104.43 | | $848,104.43 |
| 09/16/20 | | Transfer to Acct # xxxxxx0070 | Transfer of Funds | 9999-00 | | $256,886.84 | $591,217.59 |
| | | | COLUMN TOTALS | | $848,104.43 | $256,886.84 | |
| | | | Less: Bank Transfers/CD's | | $848,104.43 | $256,886.84 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to Debtors | | | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

Page Subtotals: $848,104.43  $256,886.84

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Case No: 17-13469  
Case Name: LEVEL SOLAR INC.  
Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0070  
PRIORITY RESERVE ACCOUNT

Taxpayer ID No: XX-XXX0893  
For Period Ending: 09/23/2020

Blanket Bond (per case limit):  
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 09/16/20 | | Transfer from Acct # xxxxxx0062 | Transfer of Funds | 9999-00 | $256,886.84 | | $256,886.84 |
| | | | COLUMN TOTALS | | $256,886.84 | $0.00 | |
| | | | Less: Bank Transfers/CD's | | $256,886.84 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to Debtors | | | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

Page Subtotals: $256,886.84 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-13469
Case Name: LEVEL SOLAR INC.
Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX6676
Main Estate Bank Account
Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 10/29/18 | | LEVEL SOLAR INC. | TURNOVER OF PEOPLE'S UNITED BANK DIP BANK ACCOUNT | 1129-00 | $503,155.66 | | $503,155.66 |
| 11/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $72.37 | $503,083.29 |
| 11/14/18 | | LEVEL SOLAR INC. | DEPOSIT CORRECTION AMOUNT OF CHECK DEPOSITED WAS $503,155.06 | 0000-00 | | $0.60 | $503,082.69 |
| 11/27/18 | 1000 | Isuzu Finance of America, Inc. 2500 Westchester Avenue, Suite 312 Purchase, NY 10577 Attn: Jennifer Resendiz | LOST/DUPLICATE NY TITLE FEE - VIN NO. JALC4W169D7001621; CONTRACT NO. LA107735 COST TO OBTAIN DUPLICATE TITLE FOR VEHICLE IN ANTICIPATION OF SALE OF SAME | 6990-00 | | $250.00 | $502,832.69 |
| 11/28/18 | 1001 | U.S. TRUSTEE PAYMENT CENTER PO BOX 530202 ATLANTA, GA 30353-0202 | UST QUARTERLY FEES - EIN NO. 46-4060893; THIRD QUARTER 2018 | 2950-00 | | $1,625.00 | $501,207.69 |
| 12/07/18 | 3 | DAVID VENUTI AND LORI VENUTI | OCTOBER A/R PAYMENT | 1121-00 | $74.67 | | $501,282.36 |
| 12/07/18 | 3 | JOHN J. PARADISE AND SUSAN T. PARADISE | SEPTEMBER A/R PAYMENT | 1121-00 | $138.49 | | $501,420.85 |
| 12/07/18 | 3 | RONNEIL MCCOY | OCTOBER A/R PAYMENT | 1121-00 | $75.00 | | $501,495.85 |
| 12/07/18 | 3 | KERRY E. FIGUEIREDO AND JASON FIGUEIREDO | NOVEMBER A/R PAYMENT | 1121-00 | $41.33 | | $501,537.18 |
| 12/07/18 | 3 | DAVID VENUTI AND LORI VENUTI | NOVEMBER A/R PAYMENT | 1121-00 | $74.92 | | $501,612.10 |
| | | | Page Subtotals: | | $503,560.07 | $1,947.97 | |

Page: 7

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-13469
Case Name: LEVEL SOLAR INC.
Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX6676
Main Estate Bank Account

Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/18 | 3 | JOHN J. PARADISE AND SUSAN T. PARADISE | OCTOBER A/R PAYMENT | 1121-00 | $137.89 | | $501,749.99 |
| 12/20/18 | 4 | DOMENICK & ASSOCIATES, INC. | RETURN PREMIUM - D&O POLICY | 1290-00 | $1,772.39 | | $503,522.38 |
| 01/17/19 | 3 | JOHN J. PARADISE AND SUSAN T. PARADISE | NOVEMBER A/R PAYMENT | 1121-00 | $106.38 | | $503,628.76 |
| 01/17/19 | 3 | JOHN J. PARADISE AND SUSAN T. PARADISE | DECEMBER A/R PAYMENT | 1121-00 | $79.57 | | $503,708.33 |
| 01/17/19 | 3 | DAVID VENUTI AND LORI VENUTI | DECEMBER A/R PAYMENT | 1121-00 | $62.26 | | $503,770.59 |
| 01/17/19 | 3 | KERRY E. FIGUEIREDO AND JASON FIGUEIREDO | DECEMBER A/R PAYMENT | 1121-00 | $30.57 | | $503,801.16 |
| 02/07/19 | 1002 | ORACLE AMERICA, INC. BANK OF AMERICA LOCKBOX SERVICES 15612 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | PAYMENT IN FULL OF ORACLE/NETSUITE INV. NOS. 718313 AND 718541 | 6990-000 | | $34,074.61 | $469,726.55 |
| 02/08/19 | 1003 | UPCURVE CLOUD 10801 NATIONAL BLVD., SUITE 410 LOS ANGELES, CA 90064 | PAYMENT DUE ON INV. NO. PRP-105686 FOR EMAIL MIGRATION SERVICES | 6990-000 | | $3,375.00 | $466,351.55 |
| 02/12/19 | 1004 | STATEWIDE AUTO AUCTION, INC. 39 WINDSOR PLACE CENTRAL ISLIP, NEW YORK 11722 | PAYMENT FOR VEHICLE TRANSPORT & STORAGE - 3 VEHICLES THROUGH 2/7/19 | 6920-000 | | $8,800.00 | $457,551.55 |
| 02/27/19 | | WELLS FARGO DEALER SERVICES | Refund for overpayment on account ending 6384 | 1229-000 | $255.27 | | $457,806.82 |
| 03/18/19 | 1005 | ASSOCIATED PENSION CONSULTANTS, INC. 111 EXPRESS STREET PLAINVIEW, NY 11803 | PAYMENT DUE FOR 2018 FINAL FORM 5500 PER INV. NO. 167353 | 6990-000 | | $500.00 | $457,306.82 |
| 03/27/19 | | HOLLYWOOD MOTORS 829 SUNRISE HIGHWAY WEST BABYLON, NY 11704 | SALE OF 1967 AND 1972 VW VANS | | $34,000.00 | | $491,306.82 |
| | | | Gross Receipts | $34,000.00 | | | |
| | | | Page Subtotals: | | $36,444.33 | $46,749.61 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

Case No: 17-13469
Case Name: LEVEL SOLAR INC.

Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXX6676
Main Estate Bank Account

Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 5 | | 1967 VW CAMPER VIN ENDING 0909 $19,000.00 | 1129-000 | | | |
| | 6 | | 1972 VW VANAGON - VIN ENDING 2338 $15,000.00 | 1129-00 | | | |
| 04/23/19 | 1006 | U.S. TRUSTEE PAYMENT CENTER PO BOX 530202 ATLANTA, GA 30353-0202 | UST QUARTERLY FEES - EIN NO. 46-4060893; 4TH QTR 2018 & 1ST QTR 2019 | 2950-00 | | $1,300.00 | $490,006.82 |
| 05/01/19 | 1007 | JAN AMUNDSON 161-35 98 STREET HOWARD BEACH, NY 11414 | Reimbursement in full for materials/construction of knee wall | 6950-000 | | $800.00 | $489,206.82 |
| 05/13/19 | | MALTZ AUCTIONS | GROSS AUCTION PROCEEDS FOR THREE VEHICLES | | $40,640.00 | | $529,846.82 |
| | | | Gross Receipts $40,640.00 | | | | |
| | 7 | | 2013 ISUZU TRUCK -VIN ENDING 1621 $15,490.00 | 1129-000 | | | |
| | 8 | | 2013 GMC VAN - VIN ENDING 2576 $9,660.00 | 1129-00 | | | |
| | 9 | | 2014 CHEVROLET VAN - VIN ENDING 5670 $15,490.00 | 1129-00 | | | |
| 06/04/19 | 10 | MALTZ AUCTIONS | GROSS AUCTION PROCEEDS FOR 1974 VOLKSWAGEN VW | 1129-00 | $10,490.00 | | $540,336.82 |
| 08/05/19 | 1008 | MALTZ AUCTIONS, INC. d/b/a MALTZ AUCTIONS 39 WINDSOR PLACE CENTRAL ISLIP, NY 11722 | FINAL FEES AND EXPENSES PER ORDER DATED 8/1/19 FROM SALE OF DEBTOR'S VEHICLES | | | $10,848.88 | $529,487.94 |
| | | MALTZ AUCTIONS, INC. d/b/a MALTZ AUCTIONS | ($5,090.40) | 6610-000 | | | |
| | | MALTZ AUCTIONS, INC. d/b/a MALTZ AUCTIONS | ($5,758.48) | 6620-00 | | | |
| 10/10/19 | 1009 | U.S. TRUSTEE PAYMENT CENTER PO BOX 530202 ATLANTA, GA 30353-0202 | UST QUARTERLY FEES - EIN NO. 46-4060893 FOR 3RD QUARTER 2019 | 2950-00 | | $325.00 | $529,162.94 |
| | | | Page Subtotals: | | $51,130.00 | $13,273.88 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-13469  
Case Name: LEVEL SOLAR INC.  
Taxpayer ID No: XX-XXX0893  
For Period Ending: 09/23/2020  

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE  
Bank Name: EmpireNationalBank  
Account Number/CD#: XXXXXX6676  
Main Estate Bank Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable): $800,000.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/19 | 1010 | ORACLE AMERICA, INC. BANK OF AMERICA LOCKBOX SERVICES 15612 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | PAYMENT IN FULL OF ORACLE/NETSUITE ESTIMATE NO. 675672 DATED 12/5/19 Reversal NetSuite requested we not cut check at this time until estimate is finalized into an invoice. | 6990-000 | | ($33,942.88) | $563,105.82 |
| 12/06/19 | 1010 | ORACLE AMERICA, INC. BANK OF AMERICA LOCKBOX SERVICES 15612 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | PAYMENT IN FULL OF ORACLE/NETSUITE ESTIMATE NO. 675672 DATED 12/5/19 | 6990-000 | | $33,942.88 | $529,162.94 |
| 12/16/19 | 1011 | ORACLE AMERICA, INC. BANK OF AMERICA LOCKBOX SERVICES 15612 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | NETSUITE -INVOICE NO. 839472 | 6950-000 | | $33,942.88 | $495,220.06 |
| 01/27/20 | 1012 | U.S. TRUSTEE PAYMENT CENTER PO BOX 6200-19 PORTLAND, OR 97228-6200 | UST QUARTERLY FEES - EIN NO. 46-4060893 FOR 4TH QUARTER 2019 | 2950-00 | | $325.00 | $494,895.06 |
| 02/12/20 | 1013 | ARTHUR B. LEVINE CO., INC. 370 LEXINGTON AVNUE SUITE 1101 NEW YORK, NY 10017 | TRUSTEE'S BOND PREMIUM - NO. SNN4009283 10/5/19-10/5/20 | 2300-000 | | $2,002.00 | $492,893.06 |
| 04/15/20 | 1014 | U.S. TRUSTEE PAYMENT CENTER PO BOX 6200-19 PORTLAND, OR 97228-6200 | UST QUARTERLY FEES - EIN NO. 46-4060893 FOR 1ST QUARTER 2020 | 2950-00 | | $325.00 | $492,568.06 |
| 04/17/20 | 1015 | ARTHUR B. LEVINE CO., INC. 370 LEXINGTON AVNUE SUITE 1101 NEW YORK, NY 10017 | TRUSTEE'S BOND PREMIUM - NO. SNN4009283 RIDER NO. 5 | 2300-000 | | $252.00 | $492,316.06 |
| 05/15/20 | | Transfer to Acct # xxxxxx0039 | Transfer of Funds | 9999-00 | | $492,316.06 | $0.00 |
| 07/08/20 | 1015 | ARTHUR B. LEVINE CO., INC. 370 LEXINGTON AVNUE SUITE 1101 NEW YORK, NY 10017 | TRUSTEE'S BOND PREMIUM - NO. SNN4009283 RIDER NO. 5 Reversal stop payment successful 7/8/20 | 2300-000 | | ($252.00) | $252.00 |
| | | | Page Subtotals: | | $0.00 | $528,910.94 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-13469
Case Name: LEVEL SOLAR INC.
Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXX6676
Main Estate Bank Account

Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/20 |  | Transfer to Acct # xxxxx0039 | Transfer of Funds | 9999-00 |  | $252.00 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $591,134.40 | $591,133.80 |
| Less: Bank Transfers/CD's | | $0.00 | $492,568.06 |
| Subtotal | | $591,134.40 | $98,565.74 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $591,134.40 | $98,565.74 |

Page Subtotals: $0.00 $252.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-13469
Case Name: LEVEL SOLAR INC.
Taxpayer ID No: XX-XXX0893
For Period Ending: 09/23/2020

Trustee Name: RONALD J. FRIEDMAN, ESQ. - TRUSTEE
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX6680
Earnest Monies Account

Blanket Bond (per case limit):
Separate Bond (if applicable): $800,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 10/01/19 | | WIRE TRANSER FROM RICHARD C PELL | TO FUND PLAN | 0000-00 | $250,000.00 | | $250,000.00 |
| 10/03/19 | | WIRE TRANSFER FROM QED LLC | TO FUND PLAN | 0000-00 | $250,000.00 | | $500,000.00 |
| 02/05/20 | | ELECTRICAL INSPECTORS INC. | EARNEST MONIES DEPOSIT - PREFERNCE SETTLEMENT | 1241-000 | $4,290.00 | | $504,290.00 |
| 02/12/20 | | QUICK MOUNT PV | settlement of Trustee's claims against QUICK MOUNT PV ADV. PRO. 19-01440-RDD | 1241-000 | $20,000.00 | | $524,290.00 |
| 02/21/20 | | Maypole Environmental Inspections, LLC | EARNEST MONIES DEPOSIT - PREFERNCE SETTLEMENT | 1241-000 | $3,000.00 | | $527,290.00 |
| 02/24/20 | | MCGRAIL & BENSINGER LLP | EARNEST MONIES DEPOSIT - PREFERNCE SETTLEMENT O/B/O LONG ISLAND INDUSTRIAL MANAGEMENT LLC | 0000-000 | $3,500.00 | | $530,790.00 |
| 05/15/20 | | Transfer to Acct # xxxxxx0047 | Transfer of Funds | 9999-00 | | $530,790.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $27,290.00 | $530,790.00 |
| Less: Bank Transfers/CD's | $0.00 | $530,790.00 |
| Subtotal | $27,290.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,290.00 | $0.00 |

Page Subtotals: $530,790.00 $530,790.00

## TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0039 - Main Estate Bank Account | $414,200.00 | $190,924.28 | $266,334.00 |
| XXXXXX0047 - Earnest Monies Account | $0.00 | $0.00 | $0.00 |
| XXXXXX0062 - POST CONFIRMATION CREDITOR TRUST | $0.00 | $0.00 | $591,217.59 |
| XXXXXX0070 - PRIORITY RESERVE ACCOUNT | $0.00 | $0.00 | $256,886.84 |
| XXXXXX6676 - Main Estate Bank Account | $591,134.40 | $98,565.74 | $0.00 |
| XXXXXX6680 - Earnest Monies Account | $27,290.00 | $0.00 | $0.00 |
| | $1,032,624.40 | $789,490.02 | $1,114,438.43 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: $0.00
Total Net Deposits: $1,032,624.40
Total Gross Receipts: $1,032,624.40

Trustee Signature: /s/ RONALD J. FRIEDMAN, ESQ. - TRUSTEE  Date: 09/23/2020

RONALD J. FRIEDMAN, ESQ. - TRUSTEE
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, New York 11753
(516) 479-6300
RFriedman@SilvermanAcampora.com

Page Subtotals: $0.00 $0.00